IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:04CR198 |
| v. | ) | |
| TRINIDAD CERVANTES, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion for temporary release for screening, (filing no. 53), is granted.

2) The defendant shall be released from custody no later than 8:45 a.m. on Tuesday, February 7, 2012, from the U.S. Marshal's holding cell in Lincoln, Nebraska so that he may participate in a screening interview for residential substance abuse treatment at Williams Prepared Place in Omaha, Nebraska. The Defendant will be returned immediately following the interview on February 7, 2012, and is not permitted to travel to any location other than Williams Prepared Place.

3) Mr. Cervantes shall be released to a staff member of the Federal Public Defender's office for transportation directly to said interview. He shall be returned to the custody of the United States Marshal immediately thereafter by the FPD staff member.

DATED this 1st day of February, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge