IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 8:04CR198 |
| | ) |
| TRINIDAD CERVANTES, | ) |
| | ) |
| Defendant. | ) |

# ORDER

THIS MATTER comes before the Court on the defendant's Unopposed Motion to Continue Revocation Hearing (filing 65) now set for September 5, 2012, at 12:00 p.m. until a date certain in approximately 90 days. The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED:

1. The Motion to Continue Revocation Hearing (filing 65) is granted;

2. The September 5, 2012, revocation hearing in this case is continued until further order of the court; and

3. Counsel shall contact judicial assistant Kris Leininger on or after September 5, 2012, to reschedule such hearing.

Dated this 30th day of August, 2012.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge